COM.

v.

**SHICK, R.**

**5 WDA 2017**

Superior Court of Pennsylvania.

09/18/2017

147 CR 1977 (Clarion)

Affirmed

COM.

v.

**NAZARIO, A.**

**436 WDA 2017**

Superior Court of Pennsylvania.

09/18/2017

CP–42–CR–0000120–2016 (McKean)

Affirmed

COM.

v.

**BRYANT, K.**

**1883 EDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–51–CR–0011173–2010, CP–51–CR–0014199–2010 (Philadelphia)

Affirmed

COM.

v.

**ROYSTER, T.**

**1906 EDA 2016**

Superior Court of Pennsylvania.

09/19/2017

Reargument Denied 11/22/2017

CP–51–CR–0903181–1999 (Philadelphia)

Affirmed

COM.

v.

**HUERTAS, D.**

**1915 EDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–39–CR–0001251–2015 (Lehigh)

Affirmed